```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 29485
   CHALOTTE DICKERSON
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2068

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/09/2004 and was confirmed 02/22/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/10/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP    CURRENT MORTG     2100.00              .00         2100.00
ABN AMRO MORTGAGE GROUP    MORTGAGE ARRE     9444.48          3431.98         9444.48
FAIRBANKS CAPITAL CORP     CURRENT MORTG     5732.13              .00         5732.13
FAIRBANKS CAPITAL CORP     MORTGAGE ARRE     1814.07              .00         1814.07
CAPITAL ONE BANK           FILED LATE         771.00              .00             .00
ILLINOIS DEPT PUBLIC AID   UNSEC W/INTER     1804.00           250.46         1804.00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER         .00              .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     1007.86           139.86         1007.86
MELVIN J KAPLAN            DEBTOR ATTY      2,594.00                          2,594.00
TOM VAUGHN                 TRUSTEE                                            1,664.67
DEBTOR REFUND              REFUND                                             1,017.95

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 31,001.46

PRIORITY                                             .00
SECURED                                        19,090.68
    INTEREST                                    3,431.98
UNSECURED                                       2,811.86
    INTEREST                                      390.32
ADMINISTRATIVE                                  2,594.00
TRUSTEE COMPENSATION                            1,664.67
DEBTOR REFUND                                   1,017.95
                        ---------------        ---------------
TOTALS                   31,001.46              31,001.46
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29485 CHALOTTE DICKERSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                          /s/ Tom Vaughn

Dated: 01/28/08                _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE